**Order entered March 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00127-CV

## IN RE PAUL RUDNICKI, RELATOR

### Original Proceeding from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-00644

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before us is relator's February 26, 2021 petition for writ of mandamus. We request real party in interest and respondent file their response, if any, to the petition for writ of mandamus by **April 1, 2021.**

/s/    DENNISE GARCIA
       JUSTICE